STATE OF CONNECTICUT *v.* JOSEPH J. MILARDO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John Poulos,* in support of the petition.

*John F. Mulcahy, Jr.,* deputy chief prosecutor, in opposition.

Submitted October 26, 1970—decided January 7, 1971

STATE OF CONNECTICUT *v.* EULOGIA MARQUEZ

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Samuel Bailey, Jr.,* in support of the petition.

Submitted December 11, 1970—decided January 7, 1971

DARRYL PALMER ET AL. *v.* FREDERICK E. ADAMS, WARDEN, CONNECTICUT STATE PRISON

The motion by the plaintiffs to strike the respondents' motion to correct the finding and the supplemental finding in the appeal from the Superior Court in Hartford County is denied.

*Emanuel Margolis,* in support of the motion.

*Donald A. Browne,* assistant state's attorney, in opposition.

Submitted December 24, 1970—decided January 7, 1971